Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Flame LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Jant Transport LLC**<br><br>**Flame Freight, LLC** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | __8__ __2__ – __5__ __4__ __6__ __0__ __8__ __5__ __4__ |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23056 Witte Road SE,** | |
| Number          Street | Number          Street |
| **Maple Valley, WA 98038** | |
| City                                State      ZIP Code | City                              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **King** | |
| County | Number          Street |
| | |
| | City                              State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.flamefreight.com** |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4   8   4   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                           MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                    MM / DD / YYYY

Case number, if known _____

Case 24-12447-CMA   Doc 1   Filed 09/26/24   Ent. 09/26/24 23:49:56   Pg. 2 of 61

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

# Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/25/2024**
                MM/ DD/ YYYY

X  **/s/ Karandeep Pannu**                                    **Karandeep Pannu**
   Signature of authorized representative of debtor            Printed name

   Title _____**CEO/President**_____

**18. Signature of attorney**

X _____**/s/ Joy Lee Barnhart**_____    Date **09/25/2024**
   Signature of attorney for debtor                    MM/ DD/ YYYY

**Joy Lee Barnhart**
Printed name

**Law Office of Joy Lee Barnhart**
Firm name

**15 S. Grady Way 535**
Number        Street

**Renton**                                **WA**        **98057**
City                                      State      ZIP Code

**(425) 255-5609**                        **joylee@joybarnhart.com**
Contact phone                             Email address

**12250**                                 **WA**
Bar number                                State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $1,707,001.00 |
| b. Total debts (including debts listed in 2.c., below) | $2,867,916.05 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

_____

_____

3. Brief description of debtor's business _____

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

Fill in this information to identify the case:

Debtor name **Flame LLC**

United States Bankruptcy Court for the:
**Western District of Washington**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Crossroads Finance 9385 Haven Avenue Rancho Cucamonga, CA 91730 | | truck and trailer surrender | Disputed Unliquidated | | | $372,251.00 |
| 2 | Midland State Bank 5403 Olupic Dr NW #200 Gig Harbor, WA 98335 | | vehicle surrendered | | | | $348,566.00 |
| 3 | Paccar DEPT 1166 PO Box 121166 Dallas, TX 75312-1166 | | | | | | $250,000.00 |
| 4 | Paccar DEPT 1166 PO Box 121166 Dallas, TX 75312-1166 | | | | | | $136,962.00 |
| 5 | Paccar DEPT 1166 PO Box 121166 Dallas, TX 75312-1166 | | | | | | $122,684.00 |
| 6 | Pawnee Leasing Corporation 3801 Automation Way Unit 207 Fort Collins, CO 80525 | | | Disputed Unliquidated | | | $111,290.29 |
| 7 | PNC Equipment Finance 655 Business Center Drive Suite 250 Horsham, PA 19044 | | | | | | $101,204.00 |
| 8 | Key Bank N.A. Mail Code OH-01-51-0562 4910 Tiedeman Rd Brooklyn, OH 44144 | | line of credit | | | | $98,068.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | American Express Attn: Bankruptcy Dept 200 Vesey St New York, NY 10285-1000 | | Credit Card | | | | $70,000.00 |
| 10 | Key Bank N.A. Mail Code OH-01-51-0562 4910 Tiedeman Rd Brooklyn, OH 44144 | | purchase money | | $82,165.00 | $42,000.00 | $40,165.00 |
| 11 | BMO Bank N.A. Attn: Bankruptcy Dept 320 S Canal St Chicago, IL 60606 | | | | $149,255.00 | $152,000.00 | $29,851.00 |
| 12 | Bank of America Attn: Bankruptcy Dept 100 North Tryon Street Charlotte, NC 28255 | | Credit Card | | | | $25,000.00 |
| 13 | Samsura 1990 Alameda Street San Francisco, CA 94103 | | | | | | $18,000.00 |
| 14 | Comdata 5301 Maryland Way Brentwood, TN 37027 | | Fuel Vendor | | | | $14,340.76 |
| 15 | JP Morgan Chase Bank Attn: Bankruptcy Department 270 Park Ave New York, NY 10017-2014 | | credit card and line of credit | | | | $10,000.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor Name  **Flame LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Washington**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **4 3 2 9** | **$5,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$5,000.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 **MV Industrial LLC, Security Deposit with Landlord** | **$90,000.00** |
   | --- | --- |

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 8 of 61

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1    _____    _____

8.2    _____    _____

**9.**    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                       **$90,000.00**

| Part 3: | Accounts receivable |
| --- | --- |

**10.**    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

<b>Current value of debtor's interest</b>

**11.**    **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =..... ➔    _____

                    face amount       doubtful or uncollectible accounts

11b. Over 90 days old:    **$15,000.00** - **$15,000.00** =..... ➔    **$15,000.00**

                    face amount       doubtful or uncollectible accounts

**12.**    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.             **$15,000.00**

| Part 4: | Investments |
| --- | --- |

**13.**    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

<b>Valuation method used for current value    Current value of debtor's interest</b>

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 _____   _____       _____

15.2 _____   _____       _____

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                          ┌─────────────┐
                                                                                 └─────────────┘

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| parts for vehicles | _____ MM / DD / YYYY | **unknown** | _____ | **$10,000.00** |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                          ┌─────────────┐
                                                                                 │  $10,000.00 │
                                                                                 └─────────────┘

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

| | | | |
|---|---|---|---|
| office funriture including 6 tables/computer desks, desk chairs, Refrigerator, | unknown | | $7,500.00 |

**40.**   Office fixtures

**41.**   Office equipment, including all computer equipment and communication systems equipment and software

| | | | |
|---|---|---|---|
| electronic equipment including 5 computers/laptops, 20 tablets, 4 phones, copier, printers, shredder, TV and monitors | unknown | | $10,000.00 |
| tools for vehicle repairs including totes, and jacks | unknown | | $25,000.00 |

**42.**   Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1
42.2
42.3

**43.**   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.     **$42,500.00**

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 **2013 Volvo VNL 200 /** VIN: 4V4M99EH3DN145590 | unknown | | $20,000.00 |
| 47.2 **2016 Freightliner Cascadia 125 /** VIN: 3AKJGLDR6GSGX0512 | unknown | | $32,000.00 |
| 47.3 **2019 Kenworth T680 /** VIN: 1XKYD49X2KJ220644 | unknown | | $42,000.00 |
| 47.4 **2017 Kenworth T680 /** VIN: 1XKZD49X2HJ144095 | unknown | | $30,000.00 |

| | | | |
|---|---|---|---|
| 47.5 | **2010 Kenworth T680** / VIN: 1XKAD49X5AJ272561 | unknown | $14,500.00 |
| 47.6 | **2017 Kenworth T680** / VIN: 1XKYD49X2HJ129057 | unknown | $30,000.00 |
| 47.7 | **2017 Kenworth T680** / VIN: 1XKAD49X5AJ272561 | unknown | $30,000.00 |
| 47.8 | **2022 Toyota Tacoma** | unknown | $33,000.00 |
| 47.9 | **1998 Toyota Tacoma** | unknown | $3,000.00 |
| 47.10 | **2007 Great Dane** / VIN: 1GRAA06287J621295 | unknown | $7,000.00 |
| 47.11 | **2014 WABASH** / VIN: 1JJV532D0EL795931 | unknown | $11,000.00 |
| 47.12 | **2015 WABASH** / VIN: 1JJV532D4FL867005 | unknown | $14,000.00 |
| 47.13 | **2015 WABASH** / VIN: 1JJV532D2FL866290 | unknown | $14,000.00 |
| 47.14 | **2017 WABASH** / VIN: 1JJV532D5HL017449 | unknown | $25,500.00 |
| 47.15 | **2017 WABASH** / VIN: 1JJV532D6HL017623 | unknown | $25,500.00 |
| 47.16 | **2007 WABASH** / VIN: 1JJV532W17L026200 | unknown | $10,000.00 |
| 47.17 | **2017 WABASH** / VIN: 1JJV532D9FL892059 | unknown | $25,500.00 |
| 47.18 | **2022 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K4NS018057 | unknown | $23,000.00 |
| 47.19 | **2013 WABASH** / VIN: 1JJV532D7DL711909 | unknown | $12,000.00 |
| 47.20 | **2014 WABASH** / VIN: 1JJV532D6EL796226 | unknown | $13,000.00 |
| 47.21 | **2023 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K9PS065152 | unknown | $38,000.00 |
| 47.22 | **2017 WABASH** / VIN: 1JJV532DXHL017527 | unknown | $15,000.00 |
| 47.23 | **2023 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K7PS065151 | unknown | $38,000.00 |
| 47.24 | **2023 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K0PS065153 | unknown | $38,000.00 |
| 47.25 | **2023 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K4PS065155 | unknown | $38,000.00 |
| 47.26 | **2023 HYUNDAI HT COMPOSITE** / VIN: 3H3V532K2PS065154 | unknown | $38,000.00 |
| 47.27 | **2016 WABASH** / VIN: 1JJV532D0GL938993 | unknown | $16,000.00 |
| 47.28 | **2007 Great Dane** / VIN: 1GRAA06217J621218 | unknown | $7,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

49. **Aircraft and accessories**

    49.1 _____    _____ _____ _____

    49.2 _____    _____ _____ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____ _____ _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

| | $643,000.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 9:**    Real property

---

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office and yard for vehicles /**<br>**23056 Witte Road SE Maple Valley, WA 98038** | Lease | unknown | | unknown |
| 55.2 **2110 - 136th Ave E Sumner, WA 98390** | Fee Simple | unknown | | $900,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $900,000.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 10:**   Intangibles and intellectual property

---

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 15 of 61

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| **flamefreight.com** | **unknown** | | **$500.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **Motor Carrier Authority, US Dept of Transportation** | **unknown** | | **$500.00** |
| **United Carrier Transportation, State of WA** | **unknown** | | **$500.00** |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **Customer lists** | **unknown** | | **$1.00** |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $1,501.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor   **Flame LLC** _____   Case number *(if known)* _____
        Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ =➜  _____
                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    **Business, property and vehicle insurance**                      $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                  _____

    **Nature of claim**   _____

    **Amount requested**  _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                  _____

    **Nature of claim**   _____

    **Amount requested**  _____

76. **Trusts, equitable or future interests in property**

    _____                  _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                  _____

    _____                  _____

78. **Total of Part 11**                               $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Case 24-12447-CMA   Doc 1   Filed 09/26/24   Ent. 09/26/24 23:49:56   Pg. 17 of 61

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$5,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$90,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$15,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$10,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$42,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$643,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................... ➜ | | **$900,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1,501.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | **$0.00** | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | **$807,001.00** + 91b. | **$900,000.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................. | | **$1,707,001.00** |

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **BMO Bank N.A.** | 2023 HYUNDAI HT COMPOSITE, 2023 HYUNDAI HT COMPOSITE, 2023 HYUNDAI HT COMPOSITE, 2023 HYUNDAI HT COMPOSITE | $149,255.00 | $152,000.00 |

**Creditor's mailing address**

**Attn: Bankruptcy Dept**

**320 S Canal St**

**Chicago, IL 60606**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,189,550.00

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:**  Additional Page | | *Amount of claim* | *Value of collateral* |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | that supports this claim |

**2.2** Creditor's name

**BMO Bank N.A.**

**Creditor's mailing address**

**Attn: Bankruptcy Dept**

**320 S Canal St**

**Chicago, IL 60606**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 WABASH, 2023 HYUNDAI HT COMPOSITE

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$16,165.00**          **$49,000.00**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.3** **Creditor's name**

**JP Morgan Chase Bank**

**Creditor's mailing address**

**Attn: Bankruptcy Department**

**270 Park Ave**

**New York, NY 10017-2014**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

    _____

    ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Toyota Tacoma

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$28,000.00**

Column B: **$33,000.00**

Debtor **Flame LLC** _____ Case number (if known) _____

Name

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name

**Key Bank N.A.**

Creditor's mailing address

**Mail Code OH-01-51-0562**

**4910 Tiedeman Rd**

**Brooklyn, OH 44144**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Kenworth T680         **$82,165.00**         **$42,000.00**

Describe the lien

  purchase money

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | *Amount of claim*<br>Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.5**  **Creditor's name**

**Key Bank N.A.**

**Creditor's mailing address**

**Mail Code OH-01-51-0562**

**4910 Tiedeman Rd**

**Brooklyn, OH 44144**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 HYUNDAI HT COMPOSITE

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$13,965.00**    **$23,000.00**

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 23 of 61

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.6  Creditor's name**

**ReadyCap Lending LLC**

**Creditor's mailing address**

**200 Connell Drive 4000**

**Berkeley Heigts, NJ 07922**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2110 - 136th Ave E Sumner, WA 98390, Customer lists, Accounts paying over time, electronic equipment including 5 computers/laptops, 20 tablets, 4 phones, copier, printers, shredder, TV and monitors, Bank of America, office furniture including 6 tables/computer desks, desk chairs, Refrigerator,  parts for vehicles, tools for vehicle repairs including totes, and jacks

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| | $900,000.00 | $972,501.00 |

Debtor name　　　　**Flame LLC**

United States Bankruptcy Court for the:

　　　　**Western District of Washington**

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims　　　**12/15**

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

　**IRS**

　**Centralized Insolvency Op**

　**Po Box 7346**

　**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

As of the petition filing date, the claim is:　**$0.00**　**$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

　**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address

　**Washington State Department of Revenue**

　**Attn: Bankruptcy Unit**

　**2101 4th Ave, Suite 1400**

　**Seattle, WA 98121**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: Notice Only

As of the petition filing date, the claim is:　**$0.00**　**$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

　**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Case 24-12447-CMA　　Doc 1　Filed 09/26/24　Ent. 09/26/24 23:49:56　Pg. 25 of 61

| Debtor | **Flame LLC** | Case number *(if known)* _____ |
|--------|----------------|----------------------------|
|        | Name |  |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|----------------|

**3.1** Nonpriority creditor's name and mailing address

**Alliance Funding**

**Bankruptcy Dept**

**17542 E 17th St Ste 200**

**Tustin, CA 92780**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**Attn: Bankruptcy Dept**

**200 Vesey St**

**New York, NY 10285-1000**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$70,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Amur Equipment Finance**

**304 W. 3rd St**

**Grand Island, NE 68801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Equipment loan**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Bank of America**

**Attn: Bankruptcy Dept**

**100 North Tryon Street**

**Charlotte, NC 28255**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$25,000.00**

| Part 2: | Additional Page |

---

**3.5** | Nonpriority creditor's name and mailing address
**Comdata**

**5301 Maryland Way**

**Brentwood, TN 37027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel Vendor**

$14,340.76

Date or dates debt was incurred

Last 4 digits of account number   — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Crossroads Finance**

**9385 Haven Avenue**

**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **truck and trailer surrender**

$372,251.00

Date or dates debt was incurred

Last 4 digits of account number   — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**CT Corporations System**

**Attn: SPRS**

**330 N Brand Blvd 700**

**90203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **UCC filing without identifying secured party**

unknown

Date or dates debt was incurred

Last 4 digits of account number   — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**First Corporate Solutions**

**As Representative for Unknown Creditor**

**914 S Street**

**Sacramento, CA 95811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **UCC filed without secured parties name or identification of claimed collateral**

unknown

Date or dates debt was incurred

Last 4 digits of account number   — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

JP Morgan Chase Bank

Attn: Bankruptcy Department

270 Park Ave

New York, NY 10017-2014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card and line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.10** Nonpriority creditor's name and mailing address

Key Bank N.A.

Mail Code OH-01-51-0562

4910 Tiedeman Rd

Brooklyn, OH 44144

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

$98,068.00

---

**3.11** Nonpriority creditor's name and mailing address

Midland State Bank

5403 Olupic Dr NW #200

Gig Harbor, WA 98335

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vehicle surrendered**

Is the claim subject to offset?
☑ No
☐ Yes

$348,566.00

---

**3.12** Nonpriority creditor's name and mailing address

Paccar

DEPT 1166

PO Box 121166

Dallas, TX 75312-1166

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$122,684.00

Case 24-12447-CMA     Doc 1     Filed 09/26/24     Ent. 09/26/24 23:49:56     Pg. 28 of 61

## Part 2: Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |

**3.13** Nonpriority creditor's name and mailing address

**Paccar**

**DEPT 1166**

**PO Box 121166**

**Dallas, TX 75312-1166**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

**3.14** Nonpriority creditor's name and mailing address

**Paccar**

**DEPT 1166**

**PO Box 121166**

**Dallas, TX 75312-1166**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$136,962.00

---

**3.15** Nonpriority creditor's name and mailing address

**Pawnee Leasing Corporation**

**3801 Automation Way Unit 207**

**Fort Collins, CO 80525**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$111,290.29

---

**3.16** Nonpriority creditor's name and mailing address

**PNC Equipment Finance**

**655 Business Center Drive Suite 250**

**Horsham, PA 19044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$101,204.00

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 29 of 61

| Part 2: | Additional Page |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,000.00 |
|---|---|---|---|

**Samsura**

**1990 Alameda Street**

**San Francisco, CA 94103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Santinder Singh**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Lawsuit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Case 24-12447-CMA     Doc 1     Filed 09/26/24     Ent. 09/26/24 23:49:56     Pg. 30 of 61

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Benjamin Kelly** <br> **9218 Roosevelt Way NE** <br> **Seattle, WA 98115** | Line **3.15** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2 **Corporation Service Company,** <br> **Representing Alliance Funding Group** <br> **P.O. 2576** <br> **Springfield, IL 62703** | Line **3.1** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.3 **CT Corporations System** <br> **Attn: SPRS** <br> **330 N Brand Blvd 700** <br> **90203** | Line **3.8** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.4 **David B Schumacher** <br> **3519 NE 15th Ave, Ste 142** <br> **Attorney at Law** <br> **Portland, OR 97212** | Line **3.3** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.5 **Lane Powell PC** <br> **Attorneys at Law** <br> **P.O. Box 91302** <br> **Seattle, WA 98111** | Line **3.1** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.6 **Liam Brannon** <br> **Bullivant Houser Bailey** <br> **925 Fourth Ave 3800** <br> **98104** | Line **3.6** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.7 **Rocke Law Group PLLC** <br> **Attorneys at Law** <br> **500 Union Street 909** <br> **Seattle, WA 98101** | Line **3.18** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

**Part 3:**  Additional Page

| | | |
|---|---|---|
| 4.8 | **Zwicker & Associates** | Line __3.2__ |
| | **Attorneys at Law** | ☐ Not listed. Explain _____  __ __ __ __ |
| | **12550 SE 93rd AVE 430** | _____ |
| | **Clackamas, OR 97015** | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | __$0.00__ |
| 5b. | **Total claims from Part 2** | 5b. + | __$1,678,366.05__ |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$1,678,366.05__ |

Fill in this information to identify the case:

Debtor name    **Flame LLC**

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (if known):       Chapter  **11**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Equipment and Vehicles** <br> **Contract to be REJECTED** <br><br> State the term remaining: **0 months** <br><br> List the contract number of any government contract | **Alliance Funding** <br> **Bankruptcy Dept** <br> **17542 E 17th St Ste 200** <br> **Tustin, CA 92780** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **vehicle lease** <br> **Contract to be REJECTED** <br><br> State the term remaining: **0 months** <br><br> List the contract number of any government contract | **Amur Equipment Finance** <br> **304 W. 3rd St** <br> **Grand Island, NE 68801** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Lease for business premises** <br> **Contract to be ASSUMED** <br><br> State the term remaining: **20 months** <br><br> List the contract number of any government contract | **MV Industrial LLC** <br> **26250 – 238th Lane SE 101** <br> **Maple Valley, WA 98038** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **vehicle lease** <br> **Contract to be REJECTED** <br><br> State the term remaining: **0 months** <br><br> List the contract number of any government contract | **Pawnee Leasing Corporation** <br> **3801 Automation Way Unit 207** <br> **Fort Collins, CO 80525** |

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 34 of 61

Fill in this information to identify the case:

Debtor name **Flame LLC**

United States Bankruptcy Court for the: **Western** District of **Washington**

(State)

Case number (If known):

☐ Check if this is an amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Manvir Kaur** | **30359 11th Court SE** <br> Street <br><br> **Auburn, WA 98092** <br> City State ZIP Code | **IRS** <br><br><br> **ReadyCap Lending LLC** | ☐ D <br> ☑ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Pannu, Karandeep** | **30359 111th Court SE** <br> Street <br><br> **Auburn, WA 98092** <br> City State ZIP Code | **IRS** <br><br><br> **ReadyCap Lending LLC** | ☐ D <br> ☑ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City State ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 35 of 61

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name        **Flame LLC**

United States Bankruptcy Court for the:

       **Western District of Washington**

Case number (if known): _____     Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals      **12/15**

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*................................................................................................

| $900,000.00 |

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.............................................................................................

| $807,001.00 |

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*...............................................................................................

| $1,707,001.00 |

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $1,189,550.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

| $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

| +   $1,678,366.05 |

4. **Total liabilities**..............................................................................................................................

    Lines 2 + 3a + 3b

| $2,867,916.05 |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/25/2024**         **X** **/s/ Karandeep Pannu**
        MM/ DD/ YYYY             Signature of individual signing on behalf of debtor

                                     **Karandeep Pannu**
                                     Printed name

                                     **CEO/President**
                                     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name      **Flame LLC**

United States Bankruptcy Court for the:

     **Western District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,369,846.12** |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,421,480.00** |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,669,532.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | rental income | **$3,000.00** |

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 39 of 61

| Debtor | **Flame LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Progressive Insurance** <br> Creditor's name <br> **6300 Wilson Mills Rd** <br> Street <br> **Attn: Bankruptcy Dept** <br> **Mayfield Vlg, OH 44143-2109** <br> City / State / ZIP Code | **08/30/2024** | **$11,641.14** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.2. **Navigators Insurance** <br> Creditor's name <br> **2721 4th Ave** <br> Street <br> **Seattle, WA 98121** <br> City / State / ZIP Code | | **$11,203.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Insurance** |
| 3.3. **Western National Insurance** <br> Creditor's name <br> **9706 4th Ave NE #200** <br> Street <br> **Seattle, WA 98115** <br> City / State / ZIP Code | | **$11,203.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Insurance** |
| 3.4. **Ready Capital** <br> Creditor's name <br> **1251 Avenue of the Americas** <br> Street <br> **New York, NY 10020** <br> City / State / ZIP Code | **July** <br> **August** <br> **September** | **$29,100.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. **Key Bank N.a.** <br> Creditor's name <br> **4910 Tiedeman Rd** <br> Street <br> **Mail Code OH-01-51-0562** <br> **Brooklyn, OH 44144** <br> City / State / ZIP Code | **July** <br> **August** <br> **September** | **$30,761.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Case 24-12447-CMA     Doc 1     Filed 09/26/24     Ent. 09/26/24 23:49:56     Pg. 40 of 61

| Debtor | **Flame LLC** | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | Name | | | |

**3.6.** **BMO Bank N.A.**
Creditor's name

**320 S Canal St**
Street

**Attn: Bankruptcy Dept**

**Chicago, IL 60606**
City                    State    ZIP Code

**July** _____ **$17,603.82**

**August** _____

**September** _____

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**3.7.** **MV Industrial LLC**
Creditor's name

**26250 – 238th Lane SE 101**
Street

**Maple Valley, WA 98038**
City                    State    ZIP Code

**July** _____ **$72,900.00**

**August** _____

**September** _____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Lease**

**3.8.** **MDK Law**
Creditor's name

**777 108th Ave NE Suite 2000 Floor 20**
Street

**Bellevue, WA 98004**
City                    State    ZIP Code

**July** _____ **$9,000.00**

_____

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **Pannu, Karandeep**<br>Creditor's name<br><br>Street<br><br><br>City                    State    ZIP Code | **last twelve months** | **$168,000.00** | **Draw in lieu of salary; Mr. Pannu is named personally in several of the lawsuits against the Debtor. He receives some benefit from the legal fees paid by the Debtor in defending them.** |
| Relationship to debtor | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. **Alliance Funding**      **2017 Wabash 53' Dry Van Trailer**
Creditor's name

**17542 E 17th St Ste 200**
Street

**Bankruptcy Dept**

**Tustin, CA 92780**
City        State    ZIP Code

5.2. **Crossroads Equipment Lease &**    **3 x 2023 Hyundai Translead**
**Finance**                  **VC2530152-AJS Vans; 2022 Kenworth**
Creditor's name                **T680**

**9385 Havan Ave**
Street

**Rancho Cucamonga, CA 91730**
City        State    ZIP Code

5.3. **Alliance Funding**      **3x 2017 WABASH Dry Vans; 2x 2018**
Creditor's name               **WABASH Dry Vans**

**17542 E 17th St Ste 200**
Street

**Bankruptcy Dept**

**Tustin, CA 92780**
City        State    ZIP Code

5.4. **Crossroads Finance**      **9x Dry Van HYUNDAI HT COMPOSITE**
Creditor's name               **2023**

**9385 Haven Avenue**
Street

**Rancho Cucamonga, CA 91730**
City        State    ZIP Code

5.5. **Hyundai Translead**      **5x Dry Van HYUNDAI HT COMPOSITE**
Creditor's name               **2016**

**8880 Rio San Diego Drive Suite 600**
Street

**San Diego, CA 92108**
City        State    ZIP Code

5.6. **Midland Funding**      **3x 2016 WABASH Dry Vans**
Creditor's name

**350 Camino De La Reina #100**
Street

**San Diego, CA 92108**
City        State    ZIP Code

5.7. **Paccar**      **2022 Kenworth T680**
Creditor's name

**PO Box 121166**
Street

**DEPT 1166**

**Dallas, TX 75312-1166**
City        State    ZIP Code

| Debtor | **Flame LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

Part 3 banner

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **American Express National Bank v. Karandeep Pannu and Flame LLC** | **Collections** | **King County Superior Court** <br> Name <br> **516 Third Avenue** <br> Street <br><br> **Seattle, WA 98104** <br> City            State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> **23-2-12410-3** | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Satinder Singh v. Flame Freight LLC, Flame Repairs LLC, Karandeep Pannu, Harmandeep Pannu, and Kamalpreet Singh** | _____ | **King County Superior Court** <br> Name <br> **516 Third Avenue** <br> Street <br><br> **Seattle, WA 98104** <br> City            State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **23-2-20977-0** | | | |

| 7.3. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Amur Equipment Finance Inv v. Flame LLC, Karandeep Pannu and Manvur Kuar** | **Collection** | **King County Superior Court** <br> Name <br> **516 Third Avenue** <br> Street <br><br> **Seattle, WA 98104** <br> City            State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **24-2-14764-1** | | | |

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page 5

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 43 of 61

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Crossroads Equipment Lease and Finance LLC v Flame LLC, Karandeep Pannu and Manvir Kaur** | | **King County Superior Court**<br>Name<br>**516 Third Avenue**<br>Street<br><br>**Seattle, WA 98104**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **24-2-11029-1** | | | |
| 7.5. | **Alliance Funding Group v. Flame LLC, Karandeep Pannu and Manvir Kaur** | | **King County Superior Court**<br>Name<br>**516 Third Avenue**<br>Street<br><br>**Seattle, WA 98104**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **24-2-06455-9** | | | |
| 7.6. | **PAWNEE LEASING CORPORATION, v. Flame LLC, Karandeep Pannu and Manvir Kaur** | | **King County Superior Court**<br>Name<br>**516 Third Avenue**<br>Street<br><br>**Seattle, WA 98104**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **24-2-08633-7** | | | |
| 7.7. | **KEYBANK NATIONAL ASSOCIATION v. Flame LLC, Jant Transport LLC, Flame Repair LLC, Karandeep Pannu and Manvir Kaur** | | **King County Superior Court**<br>Name<br>**516 Third Avenue**<br>Street<br><br>**Seattle, WA 98104**<br>City                    State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **24-2-15410-8 KNT** | | | |
| 7.8. | Case title | **Contractor claimed employee status and wage loss. The Claim was denied. Mr. Singh subsequently filed suit in King County Superior Court.** | **Workers' Right Complaint, Washington State Dept Labor and Industries**<br>Name<br><br>Street<br><br>City                    State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |

Custodian's name
_____

Street
_____

_____

City          State    ZIP Code

| Case title | Court name and address |
| --- | --- |

Name
_____

Street
_____

_____

City          State    ZIP Code

| Case number |
| --- |

| Date of order or assignment |
| --- |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | ☑ Value |
| --- | --- | --- | --- |

Recipient's name
_____

Street
_____

_____

City          State    ZIP Code

Recipient's relationship to debtor
_____

---

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| **10.1.** **2017 Kenworth T880 was stolen** | **Insurance paid $74,000 total including paying lender, Paccar $14060 in full payment of lien** | **March 2024** | **$60,000.00** |
| **10.2.** **break in at Sumner property. Various electronics stored there were stolen.** | **Insurance valued stolen goods at $20,000 and paid that amount.** | **March 2024** | **$20,000.00** |

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 45 of 61

**Part 6: Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Law Office of Joy Lee Barnhart** | **Attorney's Fee** | **11/13/2023** | **$5,000.00** |
| | Address | | | |
| | **15 S. Grady Way 535** | | | |
| | Street | | | |
| | | | | |
| | **Renton, WA 98057** | | | |
| | City          State     ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Progressive Insurance** | **Title to stolen 2017 Kenworth T880 (see question 10) was turned over to insurance company for settlement of claim.** | **May 2024** | **(Unknown)** |
| | **Address** | | | |
| | **6300 Wilson Mills Rd** | | | |
| | Street | | | |
| | **Attn: Bankruptcy Dept** | | | |
| | **Mayfield Vlg, OH 44143-2109** | | | |
| | City              State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **P.O. Box 254** | From **2020** To **present** |
| Street | |
| **Auburn, WA 98042** | |
| City            State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City            State    ZIP Code | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Debtor | **Flame LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 48 of 61

| Debtor | **Flame LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | ~~Electronics and office supplies~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **2110 136th Ave E** | | | |
| | Street | **Address** | | |
| | **Sumner, WA 98390** | | | |
| | City          State     ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Case 24-12447-CMA    Doc 1    Filed 09/26/24    Ent. 09/26/24 23:49:56    Pg. 50 of 61

| Debtor | Flame LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
Name

Street

City          State     ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____    To _____

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Harjinder Kaler, Kaler Tax & Accounts LLC** | From _____    To _____ |

**Harjinder Kaler, Kaler Tax & Accounts LLC**
Name

**10618 SE 240th St 204**
Street

**98031**
City          State          ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____    To _____ |

Name

Street

City          State          ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

Name

Street

City          State          ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Debtor | **Flame LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Name and address |
|---|

**26d.1.** **ReadyCap Lending LLC**
Name

**200 Connell Drive**
Street

**Berkeley Heights, NJ 07922**

| City | State | ZIP Code |
|---|---|---|

| Name and address |
|---|

**26d.2.** **Navigators Insurance**
Name

**2721 4th Ave**
Street

**Seattle, WA 98121**

| City | State | ZIP Code |
|---|---|---|

| Name and address |
|---|

**26d.3.** **Western Insurance**
Name

**608 N Maple St.**
Street

**Spokane, WA 99201**

| City | State | ZIP Code |
|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

Name

Street

| City | State | ZIP Code |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pannu, Karandeep** | **30359 111th Court SE Auburn, WA 98092** | **CEO/President, Akaal Group LLC ownes Flame LLC, Mr. Pannu is 100% owner of Akaal Group LLC.** | **0.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| _____ | _____ , | | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/25/2024** _____
             MM/ DD/ YYYY

**X** **/s/ Karandeep Pannu** _____      Printed name _____ **Karandeep Pannu** _____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor      **CEO/President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Western District of Washington

**In re**    Flame LLC

Case No. _____

**Debtor**                                            Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................................................................    **$5,000.00**

Prior to the filing of this statement I have received ...............................................................    **$5,000.00**

Balance Due .............................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

    ☑ Debtor           ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor           ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/25/2024** | **/s/ Joy Lee Barnhart** |
| *Date* | Joy Lee Barnhart |
| | *Signature of Attorney* |

Bar Number: 12250
Law Office of Joy Lee Barnhart
15 S. Grady Way 535
Renton, WA 98057
Phone: (425) 255-5535

**Law Office of Joy Lee Barnhart**
*Name of law firm*

IN RE: **Flame LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**09/25/2024**___     Signature _____**/s/ Karandeep Pannu**_____

Karandeep Pannu, CEO/President

Alliance Funding
Bankruptcy Dept
17542 E 17th St Ste 200
Tustin, CA 92780


American Express
Attn: Bankruptcy Dept
200 Vesey St
New York, NY 10285-1000


Amur Equipment Finance
304 W. 3rd St
Grand Island, NE 68801


Bank of America
Attn: Bankruptcy Dept
100 North Tryon Street
Charlotte, NC 28255


Benjamin Kelly
9218 Roosevelt Way NE
Seattle, WA 98115


BMO Bank N.A.
Attn: Bankruptcy Dept
320 S Canal St
Chicago, IL 60606


Comdata
5301 Maryland Way
Brentwood, TN 37027


Corporation Service Company,
Representing Alliance Funding Group
P.O. 2576
Springfield, IL 62703

Crossroads Finance
9385 Haven Avenue
Rancho Cucamonga, CA 91730

CT Corporations System
Attn: SPRS
330 N Brand Blvd 700
90203

David B Schumacher
Attorney at Law
3519 NE 15th Ave, Ste 142
Portland, OR 97212

First Corporate Solutions
As Representative for
Unknown Creditor
914 S Street
Sacramento, CA 95811

IRS
Centralized Insolvency Op
Po Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
Attn: Bankruptcy Department
270 Park Ave
New York, NY 10017-2014

Key Bank N.A.
Mail Code OH-01-51-0562
4910 Tiedeman Rd
Brooklyn, OH 44144

Lane Powell PC
Attorneys at Law
P.O. Box 91302
Seattle, WA 98111

Liam Brannon
Bullivant Houser Bailey
925 Fourth Ave 3800
98104


Manvir Kaur
30359 11th Court SE
Auburn, WA 98092


Midland State Bank
5403 Olupic Dr NW #200
Gig Harbor, WA 98335


MV Industrial LLC
26250 – 238th Lane SE 101
Maple Valley, WA 98038


Paccar
DEPT 1166
PO Box 121166
Dallas, TX 75312-1166


Karandeep Pannu
30359 111th Court SE
Auburn, WA 98092


Pawnee Leasing Corporation
3801 Automation Way Unit 207
Fort Collins, CO 80525


PNC Equipment Finance
655 Business Center Drive Suite 250
Horsham, PA 19044

ReadyCap Lending LLC
200 Connell Drive 4000
Berkeley Heigts, NJ 07922

Rocke Law Group PLLC
Attorneys at Law
500 Union Street 909
Seattle, WA 98101

Samsura
1990 Alameda Street
San Francisco, CA 94103

Santinder Singh

Washington State Department
of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121

Zwicker & Associates
Attorneys at Law
12550 SE 93rd AVE 430
Clackamas, OR 97015