|  | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | |
| Sales | $282,230.07 | $294,559.78 | $322,274.60 | $306,891.17 | $263,735.07 | $310,325.78 |
| Lease | $31,870.00 | $35,455.00 | $29,160.00 | $41,044.00 | $31,735.00 | $42,008.00 |
| **Total Operating Income** | **$314,100.07** | **$330,014.78** | **$351,434.60** | **$347,935.17** | **$295,470.07** | **$352,333.78** |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Akaal Trans Services | $3,052.40 | $3,000.00 | | | | |
| Amazon & parts | $310.81 | $396.34 | $545.00 | $385.95 | $627.99 | $0.00 |
| Bank fees & service charges | $2,273.33 | $4,016.72 | $1,785.89 | $2,010.49 | $2,113.90 | $1,485.57 |
| Business licenses | $2,742.73 | $2,505.30 | $2,063.81 | $247.00 | $522.25 | $1,360.71 |
| Complianace | $300.00 | $1,050.00 | $900.00 | $600.00 | $300.00 | $150.00 |
| Diesel | $80,768.63 | $105,410.45 | $121,386.09 | $115,208.02 | $80,587.70 | $78,327.55 |
| Domain | $233.27 | $314.77 | $660.00 | $144.16 | $120.00 | $30.00 |
| Drivers | $59,659.90 | $77,914.74 | $71,580.68 | $54,592.21 | $49,601.64 | $44,992.89 |
| ELD | $100.00 | $190.00 | $100.00 | $97.68 | $100.00 | $100.00 |
| Factoring Fees | $6,116.76 | $12,525.00 | $7,265.63 | $5,729.79 | $5,094.94 | $6,136.04 |
| Food | $134.46 | $404.05 | $547.99 | $0.00 | $550.00 | $210.00 |
| Insurance | $26,188.96 | $13,736.04 | $32,968.32 | $6,136.28 | $6,629.09 | $34,086.84 |
| Load Board | $410.89 | $410.89 | $410.88 | $677.85 | $654.02 | $654.02 |
| Medical & Drug Test | $207.00 | $0.00 | $350.00 | $487.14 | $70.00 | $229.00 |
| Memberships & subscriptions | $318.92 | $2,839.66 | $1,332.15 | $829.07 | $726.03 | $646.49 |
| MISC | $0.00 | $0.00 | $0.00 | $1,259.13 | $1,804.00 | $1,502.97 |
| Mortgage | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 |
| Oregon Tax | $566.19 | $4,890.40 | $1,173.11 | $8,196.47 | $1,077.10 | $1,360.00 |
| Owner Operators | $43,243.88 | $33,366.88 | $49,228.42 | $72,219.20 | $55,370.97 | $93,007.11 |
| Phone & Internet | $689.28 | $689.28 | $689.28 | $689.28 | $689.28 | $405.63 |
| Repairs & maintenance | $16,586.94 | $13,335.25 | $18,975.09 | $24,035.89 | $21,601.50 | $31,009.83 |
| SBA EIDL Loan | $278.00 | $278.00 | $278.00 | $278.00 | $278.00 | $278.00 |
| Software (PCS) | $434.80 | $434.80 | $434.80 | $400.00 | $410.00 | $410.00 |
| State Tax | | $0.00 | $0.00 | $0.00 | $627.98 | $0.00 |
| Ticket & Voilations | $143.00 | $0.00 | $0.00 | $374.25 | $0.00 | $0.00 |
| Tolls & Scales | $596.34 | $1,435.67 | $325.95 | $781.66 | $775.76 | $1,535.31 |
| Toyota Tacoma | $860.46 | $860.46 | $860.46 | $860.46 | $860.46 | $860.46 |
| Trailers | $15,867.94 | $5,867.94 | $5,867.94 | $5,867.94 | $5,867.94 | $5,867.94 |
| Trailer Rent | | | | | | |
| Travel | $0.00 | $1,790.53 | $696.69 | $900.00 | $400.00 | $200.00 |
| Truck Wash | $750.00 | $250.00 | $350.00 | $363.00 | $1,580.00 | $450.00 |
| Truck Payments | $20,348.09 | $20,348.09 | $10,101.00 | $5,763.23 | $5,763.23 | $5,763.23 |
| Truck Parking | $200.00 | $850.00 | $850.00 | $0.00 | $500.00 | $400.00 |
| Utilities | $310.42 | $833.30 | $1,418.49 | $427.00 | $2,655.35 | $204.69 |
| Yard lease | $24,300.00 | $24,300.00 | $24,300.00 | $24,300.00 | $24,300.00 | $24,300.00 |
| Legal Fees | $0.00 | $0.00 | $0.00 | $7,750.00 | $302.00 | $8,528.00 |
| Offshore | $0.00 | $0.00 | $0.00 | $3,161.86 | $3,522.84 | $4,500.00 |
| Loan Payoff | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Total Operating Expense** | **$317,693.40** | **$343,944.56** | **$367,145.67** | **$343,561.15** | **$281,959.13** | **$345,664.28** |
| | | | | | | |
| **Net Income** | **-$3,593.33** | **-$13,929.78** | **-$15,711.07** | **$4,374.02** | **$13,510.94** | **$6,669.50** |

|  | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | |
| Sales | $344,481.65 | $310,282.64 | $277,045.76 | $272,214.48 | $258,912.20 | $195,603.55 |
| Lease | $34,076.00 | $33,996.00 | $43,608.00 | $33,741.65 | $32,000.00 | $2,500.00 |
| **Total Operating Income** | **$378,557.65** | **$344,278.64** | **$320,653.76** | **$305,956.13** | **$290,912.20** | **$198,103.55** |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Akaal Trans Services | | | | | | |
| Amazon & parts | $214.22 | $1,379.11 | $1,157.28 | $1,708.00 | $9,378.37 | $0.00 |
| Bank fees & service charges | $3,115.19 | $1,401.67 | $1,177.46 | $139.95 | $1,918.56 | $138.95 |
| Business licenses | $1,884.30 | $0.00 | $29.95 | $0.00 | $12,127.16 | $121.25 |
| Complianace | $750.00 | $600.00 | $600.00 | $150.00 | $750.00 | $300.00 |
| Diesel | $108,487.63 | $77,830.68 | $50,637.12 | $83,203.72 | $57,890.34 | $57,654.38 |
| Domain | $30.00 | $45.00 | $0.00 | $0.00 | $60.00 | $60.00 |
| Drivers | $50,234.69 | $41,682.81 | $34,855.12 | $39,101.35 | $27,789.79 | $33,436.14 |
| ELD | $180.00 | $279.03 | $248.91 | $250.00 | $280.00 | $190.00 |
| Factoring Fees | $6,653.17 | $5,932.57 | $5,370.02 | $6,126.00 | $4,795.65 | $3,534.00 |
| Food | $150.00 | $0.00 | $0.00 | $0.00 | $128.88 | $210.00 |
| Insurance | $22,406.00 | $18,963.41 | $32,802.28 | $19,390.94 | $22,975.07 | $16,363.36 |
| Load Board | $654.02 | $337.90 | $450.00 | $495.96 | $185.58 | $161.97 |
| Medical & Drug Test | $178.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 |
| Memberships & subscriptions | $118.67 | $467.98 | $361.21 | $618.70 | $188.47 | $949.77 |
| MISC | $2,651.93 | $1,447.70 | $1,340.00 | $1,222.66 | $500.00 | $2,500.00 |
| Mortgage | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 | $9,700.00 |
| Oregon Tax | $2,971.41 | $2,226.83 | $3,156.56 | $1,472.83 | $1,554.06 | $3,389.92 |
| Owner Operators | $107,219.40 | $111,288.00 | $116,888.23 | $86,821.02 | $98,750.54 | $59,351.06 |
| Phone & Internet | $591.74 | $745.15 | $340.19 | $1,968.26 | $650.00 | $650.00 |
| Repairs & maintenance | $16,727.85 | $18,960.31 | $16,126.74 | $10,933.46 | $8,017.26 | $13,833.53 |
| SBA EIDL Loan | $278.00 | $278.00 | $278.00 | $278.00 | $278.00 | $278.00 |
| Software (PCS) | $410.00 | $410.00 | $410.00 | $410.00 | $410.00 | $410.00 |
| State Tax | $0.00 | $2,946.95 | $1,884.87 | $1,018.16 | $0.00 | $0.00 |
| Ticket & Voilations | $0.00 | $0.00 | $0.00 | $0.00 | $457.60 | $0.00 |
| Tolls & Scales | $773.37 | $1,055.86 | $438.26 | $506.68 | $555.09 | $342.15 |
| Toyota Tacoma | $860.46 | $860.46 | $860.46 | $860.46 | $860.46 | $860.46 |
| Trailers | $5,867.94 | $5,867.94 | $5,867.94 | $5,867.94 | $5,867.94 | $5,867.94 |
| Trailer Rent | | $600.00 | $600.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| Travel | $0.00 | $300.98 | $200.00 | $0.00 | $575.00 | $640.00 |
| Truck Wash | $410.00 | $150.00 | $550.00 | $900.00 | $810.00 | $750.00 |
| Truck Payments | $5,236.46 | $5,236.46 | $5,236.46 | $5,236.46 | $5,236.46 | $5,236.46 |
| Truck Parking | $200.00 | $400.00 | $600.00 | $600.00 | $200.00 | $200.00 |
| Utilities | $3,870.46 | $450.00 | $397.16 | $440.00 | $1,735.47 | $321.79 |
| Yard lease | $24,300.00 | $24,300.00 | $24,300.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Legal Fees | $9,000.00 | $3,000.00 | $1,738.00 | $2,450.00 | $2,500.00 | $225.47 |
| Offshore | $4,000.00 | $4,257.43 | $5,000.00 | $4,000.00 | $2,000.00 | $3,900.00 |
| Loan Payoff | $15,057.48 | $1,500.00 | $4,869.88 | | | |
| | | | | | | |
| **Total Operating Expense** | **$377,124.91** | **$336,144.80** | **$316,864.22** | **$294,220.55** | **$289,425.75** | **$228,782.13** |
| | | | | | | |
| **Net Income** | **$1,432.74** | **$8,133.84** | **$3,789.54** | **$11,735.58** | **$1,486.45** | **-$30,678.58** |