**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Flame LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 24-12447<br><br>ORDER SCHEDULING SECTION 1188(a) CONFERENCE AND REQUIRING DEBTOR TO SEND NOTICE |

This case, filed September 26, 2024, has been judicially reviewed. The Debtor stated on its petition that it is a debtor according to the definition in § 1182(1) of the Bankruptcy Code and chooses to proceed under Subchapter V of Chapter 11. Pursuant to 11 U.S.C. §1188(a), the Court shall hold a status conference to further the expeditious and economical resolution of a case under this subchapter not later than 60 days after the entry of the order for relief under this chapter. Section 1188(c) further provides that not later than 14 days before the date of the status

Order - 1

conference, the Debtor shall file with the Court and serve on the trustee and all parties in interest a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization. Now, therefore, it is hereby ORDERED as follows:

1. The Court shall hold a status conference in this case on **November 14, 2024, at 11:30 a.m.** in Judge Alston's Courtroom, 700 Stewart Street, Suite 7206, Seattle, Washington. The Debtor, Debtor's counsel, and the case trustee shall appear at the status conference. Any other parties in interest may appear.

2. The Debtor shall file and serve on the case trustee and all parties in interest a report on its efforts to attain a consensual plan of reorganization not later than **October 31, 2024.**

3. Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), the last date to file proofs of claim or equity security interest is **November 15, 2024** ("Claim Deadline").

4. The Debtor shall file and serve on all creditors, equity security holders, and other parties in interest a notice of the Claim Deadline no later than **October 7, 2024**. The notice shall include the following language about the option to file proofs of claim or equity security interest electronically:

> Creditors may file proofs of claim online at
> http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may
> be filed with the Clerk of the United States Bankruptcy Court, 700 Stewart Street,
> Room 6301, Seattle, Washington 98101.

5. The Debtor shall serve a copy of this order on the trustee and all parties in interest no later than **October 7, 2024.**

6. The Debtor shall file a proof of service demonstrating compliance with Paragraphs 4 and 5 above no later than **October 10, 2024.**

///END OF ORDER///

Order - 2